United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAFAEL HENRIQUE DE MORAES SARMENTO,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

Case No. 26-cv-13602-JST

**ORDER REQUIRING STATUS REPORT**

Petitioner has filed both a motion for a temporary restraining order, ECF No. 2, and a notice of intent to withdraw that motion, ECF No. 4. In his notice, Petitioner states, "Petitioner's husband called Petitioner's immigration attorney to let him know that ICE is releasing Petitioner," and that, "[o]nce it is confirmed Petitioner has been released from custody, Petitioner plans to withdraw the TRO motion." *Id.* at 2. Petitioner shall file a status report by no later than 2:00 p.m. today.

**IT IS SO ORDERED.**

Dated: November 13, 2026

JON S. TIGAR
United States District Judge